AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00058

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Utilities Board of the Town of Maplesville**
was received by me on *(date)* **Served by certified mail on 2-8-24.**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
**9171 9690 0935 0305 0435 25**
**The Utilities Board of the Town of Maplesville was served by certified mail 2-8-24.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **2-8-24**

**Gayle B. Cawthon**
Server's signature

**Gayle B. Cawthon, legal assistant**
Printed name and title

**P.O. Box 11, Mobile, AL 36601**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| Farmer & Associates, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> The Utilities Board of the Town of Maplesville, a public corporation; and Shelby James Posey, in his individual capacity and in his official capacity, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-00058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Utilities Board of the Town of Maplesville
9420 Alabama Highway 22
Maplesville, AL  36750


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jerome E. Speegle, Esq.
Speegle, Hoffman, Holman & Holifield, LLC
5 Dauphin Street, Suite 301, Mobile, Alabama  36602, and
P.O. Box 11, Mobile, Alabama 36601


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


TREY GRANGER, CLERK OF COURT

Date:  02/06/2024                                      Brice E Sellers  Digitally signed by Brice E Sellers
                                                                        Date: 2024.02.06 08:05:07 -06'00'

*Signature of Clerk or Deputy Clerk*




**UNITED STATES POSTAL SERVICE**

February 8, 2024

Dear Gayle Cawthon:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9690 0935 0305 0435 25**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | February 8, 2024, 9:49 am |
| **Location:** | MAPLESVILLE, AL 36750 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 0.5oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *Pam Nichols* |
| | Pam Nichols |
| | GENERAL DELIVERY |
| **Address of Recipient:** | MAPLESVILLE, AL 36750-9999 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004