IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FARMER & ASSOCIATES, INC.,  )
                            )
     Plaintiff,             )
                            )         CIVIL ACTION NO.
     v.                     )           2:24cv58-MHT
                            )               (WO)
THE UTILITIES BOARD OF THE  )
TOWN OF MAPLESVILLE, a      )
Public Corporation; and     )
SHELBY JAMES POSEY, in his  )
individual capacity and in  )
his official capacity,      )
                            )
     Defendants.            )
```

**JUDGMENT**

Upon consideration of the parties' joint motion to dismiss (Doc. 32), it is ORDERED that the motion is granted, and that this lawsuit is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 30th day of June, 2025.**

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**